AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 26-6057MB | Date and Time Warrant Executed: 04/09/2026 at 0600 hours | Copy of warrant and inventory left with: Cindy Yanez at 1307 S Bridgegate Dr, Gilbert, AZ 85296. The Armory located at 135 E Ray Rd, #1, Chandler, AZ 85225 |
|---|---|---|
| Inventory Made in the Presence of: ATF SA Christian Villaruel | | |

Inventory of the property taken and name of any person(s) seized:

- See Attached property receipt forms reference Case Number 26-6057MB.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        04/11/2026

JUSTIN WEBSTER

Digitally signed by JUSTIN WEBSTER
Date: 2026.04.11 10:19:45 -07'00'

*Executing officer's signature*

        ATF_SA Justin Webster
*Printed name and title*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title VIRTUS ARMAMENT | Office PHX |
|---|---|---|---|

| Taken from: *(name, title, address, if appropriate)* VIRTUS ARMAMENT | Recipient: *(name, title, address, if appropriate)* ATF |
|---|---|

| Location of Transfer or Seizure VIRTUS ARMAMENT | Basis for Transfer or Seizure of Items: PC/ WARRANT |
|---|---|

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | $9187.00 USD    ROOM B-1 (SAFE) |
| 2 | APPLE MACBOOK AIR   ROOM B-1 |
| 3 | 2 EXTERNAL HARD DRIVES, 2 THUMB DRIVES   ROOM B-1 |
| 4 | 1 PAD   ROOM A-1 (BLACK/RED CASE) |
| 5 | PHONE APPLE (ROOM A-1) |
| 6 | 1 PAD   ROOM A-2 (BLACK/RED CASE) |
| 7 | 1 PAD   ROOM A-2 (BLACK/RED CASE) |
| 8 | PHONE APPLE (ROOM A-2 |
| 9 | 1 PAD (~~ROOM A~~) ROOM A6 BLACK/RED CASE |
| 10 | PHONE APPLE   ROOM A6 |
| | + ATTACHED |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* SA _____ | Date 4/09/26 |
|---|---|
| Transferred by: *(signature, if appropriate)* | Date | Witnessed by: *(signature)* | Date |

ATF E-Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number 25-11095 | Case/Inspection Title | Office Phoenix |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
1307 S Bridgegate Dr
Gilbert, Az 85296

Recipient: *(name, title, address, if appropriate)*
ATF

Location of Transfer or Seizure
1307 S Bridgegate Dr
Gilbert, AZ 85296

Basis for Transfer or Seizure of Items:
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Machinegun, Virtus Armament, 7.62, S/N: AM16769 -#1 |
| 1 | Rifle, Izumash, Saiga, 7.62, S/N: 13411566 -#2 |
| 1 | Bulk Cash -#3 |
| 1 | Black Envy laptop S/N: 8CG2212BWJ -#4 |
| 1 | Black Smartphone w/ ROK Form Case -#5 |
| 1 | Gray Smartphone w/ PWR case - Apple -#6 |
| 1 | Black Dell laptop - Latitude 7430 -#7 |
| 1 | Gray Dell laptop - Precision 7680 -#8 |
| 1 | Destruction Device, Penn Arms, 0426, 37mm, S/N: 4426802 #9 |
| 1 | CCW - Esteban Yanez -#10 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*  6941

Transferred by: *(signature, if appropriate)*

Date

Witnessed by: *(signature)*

| Date 04/09/26 |
| Date 4/9/26 |

ATF E-Form 3400.23
Revised March 2005

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|---------|---------|---------|---------|---------------|-----------|
| 1 | A-1 | | rifle | FN SCAR | 170 | multi | H2C11247 | |
| 2 | A-1 | | handgun | Glock | 34X | 9mm | CFXL190 | Smyrna, GA |
| 3 | A-1 | | handgun | Glock | 48 | 9mm | CBKG119 | Smyrna, GA |
| 4 | A-1 | | handgun | Glock | 34GEN5 | 9mm | CCCV273 | Smyrna, GA |
| 5 | A-1 | | handgun | Glock | 43X | 9mm | CFMM422 | Smyrna, GA |
| 6 | A-1 | | handgun | Glock | 43X | 9mm | CFLK855 | Smyrna, GA |
| 7 | A-1 | | handgun | Glock | 47 | 9mm | CAFD055 | Smyrna, GA |
| 8 | A-1 | | handgun | Glock | 19GEN5 | 9mm | ALTC628 | Smyrna, GA |
| 9 | A-1 | | handgun | Glock | 19GEN5 | 9mm | CBFG302 | Smyrna, GA |
| 10 | A-1 | | handgun | Glock | 43 | 9mm | BHVT543 | Smyrna, GA |
| 11 | A-1 | | handgun | Glock | 19GEN5 | 9mm | ALTD005 | Smyrna, GA |
| 12 | A-1 | | handgun | Glock | 43X | 9mm | AKAV006 | Smyrna, GA |
| 13 | A-1 | | handgun | Glock | 19GEN5 | 9mm | CDYW709 | Smyrna, GA |
| 14 | A-1 | | handgun | Glock | 43x | 9mm | AKTV384 | Smyrna, GA |
| 15 | A-1 | | handgun | Glock | 43X | 9mm | ALPH887 | Smyrna, GA |
| 16 | A-1 | | handgun | Glock | 26GEN5 | 9mm | ALTU361 | Smyrna, GA |

Address: Complete Address

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 17 | A-1 | | handgun | Glock | 43X | 9mm | ALAM390 | Smyrna, GA |
| 18 | A-1 | | handgun | Glock | 43 | 9mm | AGKW469 | US |
| 19 | A-1 | | handgun | Glock | 43X | 9mm | CFSY061 | Smyrna, GA |
| 20 | A-1 | | handgun | Glock | 48 | 9mm | ALXH518 | US |
| 21 | A-1 | | handgun | Glock | 19X | 9mm | CFHL173 | Smyrna, GA |
| 22 | A-1 | | handgun | Glock | 45 | 9mm | ALTK476 | US |
| 23 | A-1 | | handgun | Glock | 43X | 9mm | AKWD042 | US |
| 24 | A-1 | | handgun | Glock | 19GEN6 | 9mm | CHGM213 | Smyrna, GA |
| 25 | A-1 | | handgun | Glock | 45GEN6 | 9mm | CHGX314 | Smyrna, GA |
| 26 | A-1 | | handgun | Glock | 19X | 9mm | CFSN522 | Smyrna, GA |
| 27 | A-1 | | handgun | Glock | 17GEN6 | 9mm | CHGT533 | Smyrna, GA |
| 28 | A-1 | | handgun | Glock | 43X | 9mm | ALPD807 | Smyrna, GA |
| 29 | A-1 | | handgun | Glock | 19XV | 9mm | CHDH735 | Smyrna, GA |
| 30 | A-1 | | handgun | Glock | 19GEN5 | 9mm | CDYW900 | Smyrna, GA |
| 31 | A-1 | | handgun | Glock | 19GEN6 | 9mm | CHKH648 | Smyrna, GA |
| 32 | A-1 | | handgun | Glock | 45 | 9mm | CEBF564 | Smyrna, GA |

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|---------|-------|---------|---------|---------------|------------|
| 33 | A-1 | | handgun | Glock | 45 | 9mm | ALTK273 | US |
| 34 | A-1 | | handgun | Glock | 19GEN5 | 9mm | CGFK358 | Smyrna, GA |
| 35 | A-1 | | handgun | Glock | 47 | 9mm | CGVE900 | Smyrna, GA |
| 36 | A-1 | | handgun | Glock | 19 | 9mm | CEPV710 | Smyrna, GA |
| 37 | A-1 | | handgun | Glock | 17L | 9mm | 11744GEN1 | Smyrna, GA |
| 38 | A-1 | | handgun | Glock | 48 | 9mm | CFWC686 | Smyrna, GA |
| 39 | A-1 | | handgun | Glock | 17CV | 9mm | CGTK403 | Smyrna, GA |
| 40 | A-1 | | handgun | Glock | 19GEN5 | 9mm | CERZ485 | Smyrna, GA |
| 41 | A-1 | | handgun | Glock | 17V | 9mm | CGLU942 | Smyrna, GA |
| 42 | A-1 | | handgun | Glock | 19V | 9mm | CGFE269 | Smyrna, GA |
| 43 | A-1 | | handgun | Glock | 43X | 9mm | CFKG568 | Smyrna, GA |
| 44 | A-1 | | handgun | Glock | 19X | 9mm | CEZW475 | Smyrna, GA |
| 45 | A-1 | | handgun | Glock | 43X | 9mm | ALPR263 | Smyrna, GA |
| 46 | A-1 | | handgun | Glock | 43X | 9mm | CGRA924 | Smyrna, GA |
| 47 | A-1 | | handgun | Glock | 43X | 9mm | CGYC177 | Smyrna, GA |
| 48 | A-1 | | handgun | Glock | 19XV | 9mm | ALUB799 | Smyrna, GA |

Address: Complete Address

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|---|---|---|---|---|---|---|---|---|
| 49 | A-1 | | handgun | Glock | 43X | 9mm | CGLZ599 | Smyrna, GA |
| 50 | A-1 | | handgun | Glock | 26GEN5 | 9mm | ALGL482 | Nashville, TN |
| 51 | A-1 | | handgun | Glock | 17GEN5 | 9mm | AHFT830 | Smyrna, GA |
| 52 | A-1 | | handgun | Glock | 19X | 9mm | CFHL178 | Smyrna, GA |
| 53 | A-1 | | handgun | Glock | 43X | 9mm | CFKG520 | Smyrna, GA |
| 54 | A-1 | | handgun | Colt | Government | 38 | GV083322 | |
| 55 | A-1 | | handgun | Colt | Government | 45 | GCX22222 | |
| 56 | A-1 | | handgun | Colt | Government | 45 | 73B7505 | |
| 57 | A-1 | | handgun | Colt | Government | 45 | GV066976 | |
| 58 | A-1 | | handgun | Colt | Commander | 45 | XE15072 | |
| 59 | A-1 | | handgun | Colt | Government | 45 | CCS034635 | |
| 60 | A-1 | | handgun | Colt | Government | 45 | GV230509 | |
| 61 | A-1 | | handgun | Colt | Government | 45 | GV063990 | |
| 62 | A-1 | | handgun | Colt | Government | 45 | GCX20286 | |
| 63 | A-1 | | handgun | Colt | Government | 45 | GV072475 | |
| 64 | A-1 | | handgun | Colt | Government | 9mm | 9SCC11104 | |

Case 2:26-mb-06057-ASB   Document 3   Filed 04/12/26   Page 8 of 31

Address: <span style="color:red">Complete Address</span>

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|---|---|---|---|---|---|---|---|---|
| 65 | A-1 | | handgun | Cot | Government | 38 | GV092640 | |
| 66 | A-2 | | handgun | Girsan | MCP35OPS | 9mm | T6368-24FA00268 | EAA |
| 67 | A-2 | | handgun | Girsan | RegardMC | 9mm | T6368-25A00905 | EAA |
| 68 | A-2 | | handgun | Girsan | MC1911 Negotiator | 10mm | T6368-24GD00685 | |
| 69 | A-2 | | handgun | Girsan | MC14T | 380ACP | T6368-24EZ01558 | |
| 70 | A-2 | | handgun | Girsan | MCP35OPS | 9mm | T6368-25FA00038 | |
| 71 | A-2 | | handgun | Girsan | MC1911S9 | 9mm | T6368-24DU00308 | |
| 72 | A-2 | | handgun | Girsan | MC1911S9 | 9mm | T6368-24DU01226 | |
| 73 | A-2 | | handgun | Girsan | MC1911S9 | 38 | T6368-25GE00409 | |
| 74 | A-2 | | rifle | Riley Defense | RAK47 | 762x39 | E 08504 | |
| 75 | A-2 | | rifle | Riley Defense | RAK303 | 306 | Y01356 | |
| 76 | A-2 | | rifle | Soviet Arms | SA-47 | 762x39 | SA47020296 | |
| 77 | A-2 | | rifle | Century Arms | VSKA | 762x39 | SV7157129 | |
| 78 | A-2 | | rifle | Riley Defense | RAK47 | 762x39 | E 07116 | |
| 79 | A-2 | | rifle | FN | M249S | 556 | M249SA11067 | |
| 80 | A-3 | | rifle | Riley Defense | RAK47 | 762x39 | E 07158 | |

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|---|---|---|---|---|---|---|---|---|
| 81 | A-3 | | pistol | Soviet Arms | SA-V | 9mm | V007865 | |
| 82 | A-5 | | pistol | Glock | 43X | 9mm | CFKD072 | Glock Inc, Smyrna, GA |
| 83 | A-5 | | pistol | glock | 45Gen6 | 9mm | CHDG955 | Glock Inc, Smyrna, GA |
| 84 | A-5 | | pistol | Glock | 17Gen4 | 9mm | ACSX728 | |
| 85 | A-5 | | pistol | Glock | N/A | 9mm | BUFZ028 | Glock Inc, Smyrna, GA |
| 86 | A-5 | | pistol | Spring Field | 1911-A1 | 45 | NM 929548 | |
| 87 | A-5 | | pistol | Girsan | 1911 S | 45 | T6368-25AB00341 | EAA, Coco, FL |
| 88 | A-5 | | pistol | Spring Field | 1911-A1 | 45 | NM 920811 | |
| 89 | A-5 | | pistol | Girsan | MCP35 Gold | 9mm | T6368-24EU00815 | EAA, Coco, FL |
| 90 | A-5 | | pistol | Girsan | MC14T | 380 | T6368-24EZ01630 | EAA, Coco, FL |
| 91 | A-5 | | pistol | Girsan | Witness 2311SC | 9mm | 26368-25FL00284 | EAA, Coco, FL |
| 92 | A-6 | | pistol | Colt | Government | 45 | GV239725 | |
| 93 | A-6 | | pistol | Glock | 19Gen5 | 9mm | CGAU361 | B&T USA, Tampa, FL |
| 94 | A-6 | | pistol | Glock | 19X | 9mm | CGNP112 | B&T USA, Tampa, FL |
| 95 | B | | pistol | Glock | 17Gen6 | 9mm | CGYC463 | Glock Inc, Smyrna, GA |
| 96 | B | | pistol | Phoenix Trinity | N/A | 9mm | H00273 | |

# EVIDENCE LOG

Address: Complete Address

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|---|---|---|---|---|---|---|---|---|
| 97 | B | | rifle | Pioneer Arms Cor | Hellpup | 762x39 | PAC24PL23268 | neer Arms, Port Orange |
| 98 | B | | pistol | glock | 45 | 9mm | CEBF566 | Glock Inc, Smyrna, GA |
| 99 | B | | rifle | Valmet | M78 | 762x51 | 385113 | Oden Inc. Alexandria, VA |
| 100 | C-1 | | rifle | Machine Gun Ar1GA MK | 46SAW MOD | 556 | 25 | |
| 101 | E-1 | | pistol | Soviet Arms | SA-V | 9mm | V007850 | |
| 102 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHKG906 | Glock Inc, Smyrna, GA |
| 103 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CDYW901 | Glock Inc, Smyrna, GA |
| 104 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGRR479 | Glock Inc, Smyrna, GA |
| 105 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGRR476 | Glock Inc, Smyrna, GA |
| 106 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGRR480 | Glock Inc, Smyrna, GA |
| 107 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGFK357 | Glock Inc, Smyrna, GA |
| 108 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGRR924 | Glock Inc, Smyrna, GA |
| 109 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGFK363 | Glock Inc, Smyrna, GA |
| 110 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGFK364 | Glock Inc, Smyrna, GA |
| 111 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGFK365 | Glock Inc, Smyrna, GA |
| 112 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGM948 | Glock Inc, Smyrna, GA |

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 113 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL824 | Glock Inc, Smyrna, GA |
| 114 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGM214 | Glock Inc, Smyrna, GA |
| 115 | E-1 | | pistol | Glock | 48 | 9mm | ALXH517 | |
| 116 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGM073 | Glock Inc, Smyrna, GA |
| 117 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGM940 | Glock Inc, Smyrna, GA |
| 118 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL822 | Glock Inc, Smyrna, GA |
| 119 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL821 | Glock Inc, Smyrna, GA |
| 120 | E-1 | | pistol | Glock | 19V | 9mm | CGKR715 | Glock Inc, Smyrna, GA |
| 121 | E-1 | | pistol | Glock | 19V | 9mm | CGKR718 | Glock Inc, Smyrna, GA |
| 122 | E-1 | | pistol | Glock | 19V | 9mm | CGKR716 | Glock Inc, Smyrna, GA |
| 123 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL825 | Glock Inc, Smyrna, GA |
| 124 | E-1 | | pistol | Glock | 19V | 9mm | CGKR720 | Glock Inc, Smyrna, GA |
| 125 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL823 | Glock Inc, Smyrna, GA |
| 126 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL826 | Glock Inc, Smyrna, GA |
| 127 | E-1 | | pistol | Glock | 19V | 9mm | CGKR712 | Glock Inc, Smyrna, GA |
| 128 | E-1 | | pistol | Glock | 19V | 9mm | CGKS851 | Glock Inc, Smyrna, GA |

Address: <span style="color:red">Complete Address</span>

**ROOM: <span style="color:red">#</span>**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 129 | E-1 | | pistol | Glock | 19V | 9mm | CGKR719 | Glock Inc, Smyrna, GA |
| 130 | E-1 | | pistol | Glock | 19V | 9mm | CGKR714 | Glock Inc, Smyrna, GA |
| 131 | E-1 | | pistol | Glock | 19V | 9mm | CGKR717 | Glock Inc, Smyrna, GA |
| 132 | E-1 | | pistol | Glock | 19X | 9mm | CFHK408 | Glock Inc, Smyrna, GA |
| 133 | E-1 | | pistol | Glock | 47 | 9mm | CGVE901 | Glock Inc, Smyrna, GA |
| 134 | E-1 | | pistol | Glock | 19X | 9mm | CFXY507 | Glock Inc, Smyrna, GA |
| 135 | E-1 | | pistol | Glock | 47 | 9mm | CGVE909 | Glock Inc, Smyrna, GA |
| 136 | E-1 | | pistol | Glock | 19X | 9mm | CFHK412 | Glock Inc, Smyrna, GA |
| 137 | E-1 | | pistol | Glock | 47 | 9mm | CGVS605 | Glock Inc, Smyrna, GA |
| 138 | E-1 | | pistol | Glock | 47 | 9mm | CGVE904 | Glock Inc, Smyrna, GA |
| 139 | E-1 | | pistol | Glock | 47 | 9mm | CGVS622 | Glock Inc, Smyrna, GA |
| 140 | E-1 | | pistol | Glock | 47 | 9mm | CGVE902 | Glock Inc, Smyrna, GA |
| 141 | E-1 | | pistol | Glock | 47 | 9mm | CGVS610 | Glock Inc, Smyrna, GA |
| 142 | E-1 | | pistol | Glock | 47 | 9mm | CGVE905 | Glock Inc, Smyrna, GA |
| 143 | E-1 | | pistol | Glock | 47 | 9mm | CGVS623 | Glock Inc, Smyrna, GA |
| 144 | E-1 | | pistol | Glock | 19X | 9mm | CFHK846 | Glock Inc, Smyrna, GA |

Case 2:26-mb-06057-ASB   Document 3   Filed 04/12/26   Page 12 of 31

Address: Complete Address

# EVIDENCE LOG

**ROOM: #**

Case 2:26-mb-06057-ASB   Document 3   Filed 04/12/26   Page 13 of 31

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 145 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGRR929 | Glock Inc, Smyrna, GA |
| 146 | E-1 | | pistol | Glock | 19X | 9mm | CFHL179 | Glock Inc, Smyrna, GA |
| 147 | E-1 | | pistol | Glock | 19XV | 9mm | CHHW290 | Glock Inc, Smyrna, GA |
| 148 | E-1 | | pistol | Glock | 47 | 9mm | CGVS631 | Glock Inc, Smyrna, GA |
| 149 | E-1 | | pistol | Glock | 19XV | 9mm | CHHW289 | Glock Inc, Smyrna, GA |
| 150 | E-1 | | pistol | Glock | 19XV | 9mm | CHHW288 | Glock Inc, Smyrna, GA |
| 151 | E-1 | | pistol | Glock | 19Gen5 | 9mm | CGFK388 | Glock Inc, Smyrna, GA |
| 152 | E-1 | | pistol | Glock | 43X | 9mm | AKAU637 | |
| 153 | E-1 | | pistol | Glock | 47 | 9mm | CGVS630 | Glock Inc, Smyrna, GA |
| 154 | E-1 | | pistol | Glock | 43X | 9mm | ALAM383 | |
| 155 | E-1 | | pistol | Glock | 43X | 9mm | AKTV383 | |
| 156 | E-1 | | pistol | Glock | 43X | 9mm | CFLH103 | Glock Inc, Smyrna, GA |
| 157 | E-1 | | pistol | Glock | 43X | 9mm | AKAV007 | |
| 158 | E-1 | | pistol | Glock | 43X | 9mm | CFLH102 | Glock Inc, Smyrna, GA |
| 159 | E-1 | | pistol | Glock | 43X | 9mm | CFMM429 | Glock Inc, Smyrna, GA |
| 160 | E-1 | | pistol | Glock | 43X | 9mm | AKAV009 | |

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|---|---|---|---|---|---|---|---|---|
| 161 | E-1 | | pistol | Glock | 43X | 9mm | CGYC021 | Glock Inc, Smyrna, GA |
| 162 | E-1 | | pistol | Glock | 43X | 9mm | CGYB908 | Glock Inc, Smyrna, GA |
| 163 | E-1 | | pistol | Glock | 43X | 9mm | CFZG276 | Glock Inc, Smyrna, GA |
| 164 | E-1 | | pistol | Glock | 43X | 9mm | CFLM104 | Glock Inc, Smyrna, GA |
| 165 | E-1 | | pistol | Glock | 43X | 9mm | CFLH105 | Glock Inc, Smyrna, GA |
| 166 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF701 | Glock Inc, Smyrna, GA |
| 167 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD514 | |
| 168 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD931 | |
| 169 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTC915 | |
| 170 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF702 | |
| 171 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF708 | |
| 172 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF700 | |
| 173 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD939 | |
| 174 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTC627 | |
| 175 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD937 | |
| 176 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF709 | |

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 177 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF704 | |
| 178 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF706 | |
| 179 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTC626 | |
| 180 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD933 | |
| 181 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF707 | |
| 182 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD930 | |
| 183 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF703 | |
| 184 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTF705 | |
| 185 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD934 | |
| 186 | E-1 | | pistol | Glock | 19Gen5 | 9mm | ALTD866 | |
| 187 | E-1 | | pistol | Glock | 19X | 9mm | CFXY470 | Glock Inc, Smyrna, GA |
| 188 | E-1 | | pistol | Glock | 19X | 9mm | CFWR173 | Glock Inc, Smyrna, GA |
| 189 | E-1 | | pistol | Glock | 19X | 9mm | CFWR164 | Glock Inc, Smyrna, GA |
| 190 | E-1 | | pistol | Glock | 19X | 9mm | CFXY510 | Glock Inc, Smyrna, GA |
| 191 | E-1 | | pistol | Glock | 19X | 9mm | CGBW785 | Glock Inc, Smyrna, GA |
| 192 | E-1 | | pistol | Glock | 19X | 9mm | CFWR165 | Glock Inc, Smyrna, GA |

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 193 | E-1 | | pistol | Glock | 19X | 9mm | CFXY472 | Glock Inc, Smyrna, GA |
| 194 | E-1 | | pistol | Glock | 19X | 9mm | CFXY512 | Glock Inc, Smyrna, GA |
| 195 | E-1 | | pistol | Glock | 19X | 9mm | CFWR167 | Glock Inc, Smyrna, GA |
| 196 | E-1 | | pistol | Glock | 19X | 9mm | CFWR172 | Glock Inc, Smyrna, GA |
| 197 | E-1 | | pistol | Glock | 19X | 9mm | CFXY466 | Glock Inc, Smyrna, GA |
| 198 | E-1 | | pistol | Glock | 19X | 9mm | CFUS497 | Glock Inc, Smyrna, GA |
| 199 | E-1 | | pistol | Glock | 19X | 9mm | CGBW784 | Glock Inc, Smyrna, GA |
| 200 | E-1 | | pistol | Glock | 19X | 9mm | CFHK853 | Glock Inc, Smyrna, GA |
| 201 | E-1 | | pistol | Glock | 19X | 9mm | CFHK857 | Glock Inc, Smyrna, GA |
| 202 | E-1 | | pistol | Glock | 19X | 9mm | CFXY471 | Glock Inc, Smyrna, GA |
| 203 | E-1 | | pistol | Glock | 19X | 9mm | CFXY473 | Glock Inc, Smyrna, GA |
| 204 | E-1 | | pistol | Glock | 19X | 9mm | CFWR166 | Glock Inc, Smyrna, GA |
| 205 | E-1 | | pistol | Glock | 45CV | 9mm | CGTT524 | Glock Inc, Smyrna, GA |
| 206 | E-1 | | pistol | Glock | 17V | 9mm | CGLU441 | Glock Inc, Smyrna, GA |
| 207 | E-1 | | pistol | Glock | 19V | 9mm | CGKR713 | Glock Inc, Smyrna, GA |
| 208 | E-1 | | pistol | Glock | 19V | 9mm | CGKS850 | Glock Inc, Smyrna, GA |

Case 2:26-mb-06057-ASB   Document 3   Filed 04/12/26   Page 16 of 31

# EVIDENCE LOG

**ROOM: #**

Address: Complete Address

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|---|---|---|---|---|---|---|---|---|
| 209 | E-1 | | pistol | Glock | 47 | 9mm | CGVE907 | Glock Inc, Smyrna, GA |
| 210 | E-1 | | pistol | Glock | 47 | 9mm | CGVE908 | Glock Inc, Smyrna, GA |
| 211 | E-1 | | pistol | Glock | 47 | 9mm | CGVE906 | Glock Inc, Smyrna, GA |
| 212 | E-1 | | pistol | Glock | 19Gen6 | 9mm | CHGL827 | Glock Inc, Smyrna, GA |
| 213 | E-1 | | pistol | Girsan | MC1911 | 10mm | T6368-24GD00795 | EAA, Coco, FL |
| 214 | E-1 | | pistol | Colt | Government | 38 | GV082514 | |
| 215 | E-1 | | pistol | Colt | Government | 45 | GV228162 | |
| 216 | E-1 | | pistol | Colt | Government | 38 | 38SCC6997 | |
| 217 | E-1 | | pistol | Colt | Government | 9mm | 9SCC10072 | |
| 218 | E-1 | | pistol | Colt | Government | 38 | GV237682 | |
| 219 | E-1 | | pistol | Colt | Government | 38 | GV237485 | |
| 220 | E-1 | | pistol | Colt | Government | 45 | GV228039 | |
| 221 | E-1 | | pistol | Colt | Government | 38 | SCC6929 | |
| 222 | E-1 | | pistol | Colt | Government | 38 | 38SCC6945 | |
| 223 | E-1 | | rifle | FN | Scar17S | Multi | H2C10092 | |
| 224 | E-1 | | rifle | Riley Defense | RAK47 | 762x39 | E03088 | |

Case 2:26-mb-06057-ASB   Document 3   Filed 04/12/26   Page 17 of 31

Page 14 of 14

# EVIDENCE LOG

**ROOM: #**

| ITEM # | LOCATION | SEIZED BY | TYPE | MAKE | MODEL | CALIBER | SERIAL NUMBER | IMPORTER |
|--------|----------|-----------|------|------|-------|---------|---------------|----------|
| 225 | E-1 | | rifle | Riley Defense | RAK47 | 762x39 | E03772 | |

Case 2:26-mb-06057-ASB    Document 3    Filed 04/12/26    Page 18 of 31

AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>135 E. Ray Road, Suite #1, Chandler, AZ 85225; 1307 S. Bridgegate Drive, Gilbert, AZ 85296; One Gray Dodge Ram Bearing VIN: 3C6UR5FL1LG172342; One Gray Jeep Wrangler Bearing VIN: 1C4BJWFG8HL591394; One Harley Davidson Lowrider Bearing VIN: 1HD1YXA12SB012346; One Red GMC Yukon Bearing VIN: 1GKS2WKL0TR191193; and the Person of Esteban Yanez. | Case No.   26-6057MB<br><br>**(Filed Under Seal)** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachments A-1, A-2, A-3, A-4, A-5, A-6, and A-7**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before   April 21, 2026      *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days (*not to exceed 30*) ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 7, 2026@12:05pm

_____
*Judge's signature*

City and state: Phoenix, Arizona

Honorable ALISON S. BACHUS, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A-1**

*Property to be searched*

The property to be searched is Virtus Armament, The Armory, aka The Armory at Virtus Armament, located at 135 East Ray Road, Suite #1, Chandler, Arizona 85225, ("Subject Premises 1"). Subject Premises 1 is a single-story business located on the south side of East Ray Rd, facing north.  The business is tan in color and has red lettering above that reads, "The Armory at Virtus Armament."





## ATTACHMENT A-2

*Property to be searched*

The property to be searched is the residence located at 1307 S. Bridgegate Drive, Gilbert, Arizona 85296, the location of Federal Firearms Licensee, Virtus Armament ("Subject Premises 2"). Subject Premises 2 is described as a two-story residence with attached garage. The residence is tan in color and faces north, in a cul-de-sac off Bridgegate Drive. The numerals "1307" are to the left of the detached garage door.

 



## ATTACHMENT A-3

*Property to be searched*

The property to be searched is a dark-colored or gray Dodge Ram bearing Arizona License Plate #CLE1868, VIN: 3C6UR5FL1LG172342, registered to Esteban and Cindy YANEZ ("Subject Vehicle 1").

 

# ATTACHMENT A-4

*Property to be searched*

The property to be searched is a gray Jeep Wrangler bearing Arizona License Plate #D3FCON, VIN: 1C4BJWFG8HL591394, registered to Esteban and Cindy YANEZ ("Subject Vehicle 2").



## ATTACHMENT A-5

*Property to be searched*

The property to be searched is a black or gray Harley Davidson Lowrider motorcycle bearing Arizona License Plate #1VA7P0, VIN: 1HD1YXA12SB012346, registered to Esteban YANEZ ("Subject Vehicle 3").



# ATTACHMENT A-6

*Property to be searched*

The property to be searched is a red GMC Yukon bearing Arizona License Plate W8A734, VIN: 1GKS2WKL0TR191193, registered to Esteban and Cindy YANEZ ("Subject Vehicle 4").



**ATTACHMENT A-7**

*Person to be searched*

Name: Esteban Yanez

Year of Birth: 6/12/1991

SSN: ***-**-3429



**ATTACHMENT B**

*Property to be seized*

1.　Firearms commonly referred to as "Weapons of Choice" for Transnational Criminal Organizations and/or Foreign Terrorist Organizations in the business inventories of Virtus Armament and Virtus Armament/The Armory, including:

      a.　Barrett M82A1 rifles;

      b.　Barrett M107A1 rifles;

      c.　Desert Tech Hard Target Interdiction rifles;

      d.　Century Arms VSKA AK-style rifles;

      e.　Other Century Arms AK-style rifles (e.g., WASR 10);

      f.　Fabrique Nationale De Herstal (FN) SCAR rifles;

      g.　FN M249S rifles;

      h.　AK RPD rifles;

      i.　Browning M1919 rifles;

      j.　Ohio Ordnance M2 rifles;

      k.　Ohio Ordnance M240 rifles;

      l.　Century Arms Micro Draco pistols;

      m.　Colt 1911 .38 super pistols;

      n.　Colt Government pistols;

      o.　Glock 9mm caliber pistols;

      p.　Pioneer Arms Hellpup AK-style rifles; and,

      q.　Pioneer Arms Sporter AK-style rifles.

2.　Photographs of firearms, including firearms parts, frames, receivers, accessories, magazines, cases, and boxes;

3.　Records from May 1, 2024 to the present and photographs thereof, including:

      a.　Records, books, documents, notes, receipts, ledgers, buyer/seller lists, money transfer records, invoices, or photographs showing the acquisition, disposition, or sale of any firearms, firearm parts, and firearm accessories;

b.      Customer lists, contact lists, inventory lists, vendor lists, or any notes containing the individual names of such persons, telephone numbers or addresses of such persons;

c.      Bank documents and records, financial documents and records, and any records and documents relating to any bank or financial transactions, including: correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly or periodic account statements; pre-paid credit/debit cards; money wrappers; copies of check journals, check ledgers, checkbooks, check registers, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, financial statements, mortgage or promissory notes; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts; and records relating to employment, wages earned and paid, business income earned, and other compensation records;

d.      Records indicating occupancy, residency, rental or ownership of the search locations, including utility and telephone bills, canceled envelopes, and the like;

e.      Rental, purchase or lease agreements, and handwritten notes or other correspondence addressed to the occupant of the premises;

f.      Records pertaining to the rental of self-storage units, safe deposit boxes, or post office boxes or mailboxes;

4.      Computers, cellular telephones, tablets, iPads, surveillance servers, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media");

5.      Any records and information found within the digital contents of any electronic storage media seized, from May 1, 2024 to the date of this warrant, including:

a.      all information related to the sale, purchase, receipt, shipping, importation, export, transportation, transfer, possession, or use of firearms, firearm parts, and/or firearm accessories;

b.    all information related to buyers or sources of firearms (including names, addresses, telephone numbers, locations, or any other identifying information);

c.    all bank records, checks, credit card bills, account information, or other financial records;

d.    all information regarding the receipt, transfer, possession, transportation, or use of firearm proceeds;

e.    any information recording schedule or travel;

f.    evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

g.    evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

h.    evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

i.    evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

j.    evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

k.    evidence of the times the electronic storage media were used;

l.    passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

m.    documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

n.    records of or information about Internet Protocol addresses used by the electronic storage media;

o.    records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

p.    contextual information necessary to understand the evidence described in this attachment.

6.    Concealed Carry Weapons permits;

7.    Bulk United States currency and photographs thereof;

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, ATF may deliver a complete copy of the seized,

copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

During the execution of the search of the electronic storage media described above, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of any individual reasonably believed by law enforcement to be a user of the electronic storage media to the fingerprint scanner of the device; (2) hold a device found in front of the face of the same individual and activate the facial recognition feature, for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant.